STAN G. ROMAN [SBN 87652] sroman@kksrr.com
TRACY M. CLEMENTS [SBN 184150] tclements@kksrr.com
KELLER, SLOAN, ROMAN & HOLLAND LLP
555 Montgomery Street, 17th Floor
San Francisco, CA 94111
Telephone:     (415) 249-8330
Facsimile:      (415) 249-8333

Attorneys for Defendants
NANCI L. CLARENCE, KATHLEEN DYER, and
CLARENCE & DYER LLP

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS F. WHITE,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>NANCI L. CLARENCE, ESQ., KATHLEEN DYER, ESQ., and CLARENCE & DYER, L.L.P., and DOES 1-50, inclusive,<br><br>　　　　　　　Defendants. | Case No.: 3:13-cv-02106 (CRB)<br><br>**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER** |

Defendants Nanci Clarence, Kate Dyer, and Clarence & Dyer LLP respectfully request that the Court continue the Case Management Conference presently set for October 18, 2013 for approximately sixty days to December 13, 2013 at 8:30 a.m.  As the Court knows, plaintiff Thomas White has died.  A Petition for Probate of Will and for Letters Testamentary has been filed by Jack Teeters in the San Francisco Superior Court.  It is set for hearing on October 21, 2013.  If granted, Mr. Teeters could elect to continue to this action as a successor plaintiff.  However, on the date presently set for the Case Management Conference, it will not be known whether Mr. Teeters will be appointed as the personal representative for Mr. White, or whether he intends to continue this litigation.  Thus, there will be no plaintiff, nor any counsel who can speak for the plaintiff.

At the last Case Management Conference, held on September 13, 2013, the Court set a further Case Management Conference for October 18 but advised counsel that if more time was needed, we could request a later date for the conference.  In light of the foregoing, the undersigned has conferred with Diane Deckard, who represented Mr. White as plaintiff and who, if Mr. Teeters proceeds with this case, is anticipated to continue as plaintiff's counsel.  Ms. Deckard and I agreed to request a sixty day continuance of the Case Management Conference.  We are submitting this request rather than a stipulation because, at the moment, Ms. Deckard does not represent any party in this case.

Respectfully submitted,

Dated:  October 15, 2013                              KELLER, SLOAN, ROMAN & HOLLAND LLP

By: _____/s/_____

STAN G. ROMAN
Attorneys for Defendants NANCI L. CLARENCE, KATHLEEN DYER, and CLARENCE & DYER LLP

1

**<u>ORDER</u>**

2      The Case Management Conference presently set for October 18, 2013 is continued to

3  December 13, 2013 at 8:30 a.m.

4

5      **IT IS SO ORDERED.**

6

7  Dated:  October 15, 2013



8      CHA___
   UNITE_____DGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2