STAN G. ROMAN [SBN 87652] sroman@kksrr.com
TRACY M. CLEMENTS [SBN 184150] tclements@kksrr.com
KELLER, SLOAN, ROMAN & HOLLAND LLP
555 Montgomery Street, 17th Floor
San Francisco, CA  94111
Telephone:     (415) 249-8330
Facsimile:     (415) 249-8333

Attorneys for Defendants
NANCI L. CLARENCE, KATHLEEN DYER, and
CLARENCE & DYER LLP

Diane C. Deckard, Esq. [SBN 99632] deckard@deckardlaw.com
Patricia M. Leary, Esq.  [SBN 95514]
THE DECKARD LAW FIRM
96 N. Third Street, Suite 350
San Jose, CA 95112
Telephone:  (408) 971-4359
Facsimile:    (408) 971-4357

Attorneys for Plaintiff
THE ESTATE OF THOMAS F. WHITE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE ESTATE OF THOMAS F. WHITE,<br><br>Plaintiff,<br><br>v.<br><br>NANCI L. CLARENCE, ESQ., KATHLEEN DYER, ESQ., and CLARENCE & DYER, L.L.P., and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 3:13-cv-02106 (CRB)<br><br>**JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER** |

The parties to the above-entitled action respectfully request that the Court continue the Case Management Conference presently set for December 13, 2013 to January 17, 2014 at 8:30 a.m.

Respectfully submitted,

Dated:  December 12, 2013						KELLER, SLOAN, ROMAN & HOLLAND LLP

By: _____/s/_____
STAN G. ROMAN
Attorneys for Defendants
NANCI L. CLARENCE, KATHLEEN DYER, and CLARENCE & DYER LLP

THE DECKARD LAW FIRM

Dated: December 6, 2013        By:_____/s/_____
DIANE C. DECKARD
Attorneys for Plaintiff
THE ESTATE OF THOMAS F. WHITE

**ORDER**

The Case Management Conference presently set for December 13, 2013 is continued to January 17, 2014 at 8:30 a.m.

**IT IS SO ORDERED.**

Dated:  December 12, 2013						_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

---

1

JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
AND [PROPOSED] ORDER
Case No. 3:13-cv-02106 (CRB)